# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136880(8)

IN THE MATTER OF:

Honorable WILLIAM C. HULTGREN
Judge, 19th District Court.

BEFORE THE ENTIRE BENCH

_____

   On order of the Court, the motion by the Judicial Tenure Commission for leave to file a supplemental pleading is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2008        _____
                       Clerk